# UNITED STATES BANKRUPTCY COURT

## WESTERN DISTRICT OF MICHIGAN

In Re:

FRANK E. CARNES and
DANA BETH CARNES,

                Debtors.

_____/

Case No.  10-10218 jrh
Chapter 7
Honorable Jeffrey R. Hughes
Filed:  August 23, 2010

## ORDER FOR APPROVAL OF FEES AND EXPENSES
## OF JAMES L. WATERS LAW OFFICES, P.C.

PRESENT:  HONORABLE JEFFREY R. HUGHES
Bankruptcy Court Judge

Upon reading and filing the first application for payment of fees of James L. Waters Law Offices, P.C., special counsel to Lisa E. Gocha, Chapter 7 Trustee, and the Court being otherwise advised,

IT IS ORDERED that $40,000.00 in fees and $3,534.83 in costs are allowed as an administrative expense claim in this case to James L. Waters Law Offices, P.C.

8287169

**END OF ORDER**

**Signed: July 16, 2012**



Hon. Jeffrey R. Hughes
United States Bankruptcy Judge